1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

**FILED**

OCT 0 4 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2: 19 - MJ 0 1 6 7  _____  DB

12              Plaintiff,             SEALING ORDER

13        v.                          **UNDER SEAL**

14  CHRISTOPHER SEAN LEE, JR.,

15              Defendant.

16

17                  **S E A L I N G   O R D E R**

18        Upon Application of the United States of America and good cause having been shown,

19        IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20  SEALED until further order of this Court.

21

22  Dated: 10 - 4 - 19          _____
23                              Hon. Deborah L. Barnes
                                United States Magistrate Judge
24

25

26

27

28

SEALING ORDER                        1