| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>MEGAN T. HOPKINS, #294141<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA  93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950<br><br>Attorneys for Defendant<br>CHRISTOPHER SEAN LEE, JR. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SEAN LEE, JR.,<br><br>　　　　　　　Defendants. | Case No.  2:19-cr-00184-GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>DATE:   February 7, 2020<br>TIME:    9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for December 6, 2019 at 9:00 a.m. be continued to **February 7, 2020 at 9:00 a.m.**

The parties are in the process of exchanging discovery and are actively engaging in plea negotiations.  Additional time is needed for defense investigation and preparation.  The requested continuance will provide the defense adequate time to evaluate the discovery already received and to confer with the government regarding any additional discovery requests, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

| | |
|---|---|
| | Respectfully submitted,<br><br>MCGREGOR SCOTT<br>United States Attorney |
| DATED: December 3, 2019 | */s/ Timothy Delgado*<br>TIMOTHY DELGADO<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: December 3, 2019 | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CHRISTOPHER SEAN LEE, JR. |

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for December 6, 2019 at 9:00 a.m. is hereby continued to **February 7, 2020 at 9:00 a.m.** The time period between December 6, 2019 and February 7, 2020 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: December 5, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge