HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
CHRISTOPHER SEAN LEE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SEAN LEE, JR.,<br><br>   Defendants. | Case No.  2:19-cr-00184-KJM-1<br><br>ORDER TO SEAL SENTENCING MEMORANDUM AND EXHIBIT B<br><br>JUDGE: Hon. Kimberly J. Mueller |

IT IS HEREBY ORDERED that the Request to Seal be granted and the Sentencing Memorandum and Exhibit B to the sentencing memorandum, filed on May 26, 2020, be filed under seal per Fed. R. Crim. P. 49.1, because it contains confidential personal information. The Assistant United States Attorney Christina McCall and United States Probation Officer Janice R. Slusarenko are permitted access to this document.

DATED: June 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE