UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SEAN LEE, JR.,<br><br>Defendant. | No. 2:19-CR-00184-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release CHRISTOPHER SEAN LEE, JR.;

Case No. 2:19-CR-00184-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other): <u>Time Served; The defendant shall be released Tuesday, 6/30/2020, at 8:00 AM</u>.

Issued at Sacramento, California on _____6/29/20_____, at ___2:38 p.m.

_____
CHIEF UNITED STATES DISTRICT JUDGE