HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
CHRISTOPHER SEAN LEE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SEAN LEE, JR.,<br><br>　　　　　　Defendants. | Case No. 2:19-cr-00184-KJM<br><br>STIPULATION TO SPECIALLY SET DISPOSITIONAL HEARING; ORDER<br><br>DATE:　March 21, 2022<br>TIME:　　1:30 p.m.<br>JUDGE: Hon. Kimberly J. Mueller |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for March 21, 2022, at 9:00 a.m. be specially set for **March 21, 2022, at 1:30 p.m.** to permit Mr. Lee's remote appearance, via zoom.

　　　Christopher Sean Lee, Jr. has completed the residential drug and alcohol abuse treatment program through Teen Challenge in Reedley, CA, and has returned to his former residence in Porterville, CA. Mr. Lee's current residence is more than 230 miles from the District Courthouse in Sacramento, and he has not yet restored his driving privileges, so would need to arrange for a driver in order to make an in-person appearance. Given his sole focus for the past year has been residential treatment, he is not currently employed, and the cost imposed by the travel is daunting.

As such, Mr. Lee requests that the Court authorize his appearance by zoom or other remote appearance.  The government and probation officer are supportive of this request.  In order to avoid a hybrid hearing calendar, the parties request that this matter be specially set in the afternoon of March 21, 2022, at 1:30 p.m. or anytime thereafter that is convenient for the Court, and for the hearing to be conducted via zoom.

The parties do not anticipate any contested issues at the hearing and believe that proceeding in this manner will avoid further delay of disposition in this case and afford Mr. Lee an opportunity to appear without imposing the significant and costly burden of travel on him. It is therefore respectfully requested that the dispositional hearing be specially set for a zoom hearing on March 21, 2022, at 1:30 p.m.

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATED:  March 10, 2022            */s/ Christina McCall*
                                        CHRISTINA MCCALL
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: March 10, 2022             */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        CHRISTOPHER SEAN LEE, JR.

**O R D E R**

**IT IS SO ORDERED** that the dispositional hearing currently scheduled for an in-person appearance on March 21, 2022 at 9:00 a.m. is hereby specially set for a zoom hearing on **March 21, 2022, at 1:30 p.m.**

DATED: March 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE