<pre>
 1
 2
 3
 4
 5
 6
 7
 8                            UNITED STATES DISTRICT COURT
 9                           EASTERN DISTRICT OF CALIFORNIA
10
11   United States of America,                    No. 2:19-cr-00184-KJM
12                  Plaintiff,
13          v.
14   Christopher Sean Lee, Jr.,
15                  Defendant.
16   _____
17   United States of America,                    No. 2:24-cr-00038-KJM-1
18                  Plaintiff,
19          v.                                    RELATED CASE ORDER
20   Christopher Sean Lee, Jr.,
21                  Defendant.
22
23
</pre>

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim." Local Rule 123(a)(1). The court hereby finds the two cases are related within the meaning of Rule 123. The parties should be aware that relating cases under Rule 123

1

causes the actions to be assigned to the same judge – it does not consolidate the actions. Here, because both actions are already pending before the undersigned, no further action shall be taken.

    IT IS SO ORDERED.

DATED: February 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE